## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND O. UADIALE,<br><br>Defendant. | Case No. CR20-72RSL<br><br>ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's request for early termination of supervised release. Dkt. # 5.

On June 4, 2018, defendant pled guilty to conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Dkt. # 2-1. On August 13, 2018, the U.S. District Court for the Southern District of Florida sentenced defendant to eighteen months of imprisonment and three years of supervised release. Dkt. # 2-2. This Court accepted jurisdiction over defendant on June 10, 2020. Dkt. # 1.

The Court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 1

The Court is pleased to learn that defendant has had no violations while under supervision and commends defendant's progress. Considering, however, that defendant has been unemployed throughout his supervised release, the Court finds that it would be premature to terminate his term of supervised release. See 18 U.S.C. §§ 3583(e)(1), 3553(a). Accordingly, at this time, defendant's request for early termination of supervised release (Dkt. # 5) is DENIED. The Court encourages defendant to remain violation-free and to obtain employment, and the Court would consider a renewed request for early termination any time after January, 2022.

IT IS SO ORDERED.

DATED this 19th day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING REQUEST FOR
TERMINATION OF SUPERVISED RELEASE - 2