JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND O. UADIALE,<br><br>　　　　Defendant. | No. CR20-072RSL<br><br>ORDER GRANTING RENEWED UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Renewed Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Mr. Uadiale's supervised release is warranted by the conduct of Mr. Uadiale and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Uadiale shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this __14th__ day of March, 2022.

　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING RENEWED
UNOPPOSED MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*Raymond O. Uadiale*; CR20-072RSL)  - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Submitted by:

s/ *Christopher M. Sanders*
Assistant Federal Public Defender
Attorney for Raymond Uadiale

ORDER GRANTING RENEWED
UNOPPOSED MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*Raymond O. Uadiale*; CR20-072RSL)   - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100